## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 18-12001 |
| Melikyan, Anahit | ) | Hon. Jack B. Schmetterer |
| Khechyan, Zorik | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on April 4, 2019, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

Richard M. Fogel (#3127114)
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, IL 60654
312.276.1334

{4273 CER A0502379.DOC}
90216902.v1

# Mailing Information for Case 18-12001

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Chad M. Hayward    jean@haywardlawoffices.com

## Manual Notice List (Via U.S. Mail)

Discover Bank
PO Box 3025
New Albany, OH  43054-3025

Capital One Bank
PO Box 71083
Charlotte, NC  28272-1083

US Bank NA
PO Box 5227
Cincinnati, OH  45201-5227

PYOD, LLC
PO Box 19008
Greenville, SC  29602

American Express
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA  19355-0701

Midland Funding
PO Box 2011
Warren, MI  48090

Anahit Melikyan and Zorik Khechyan
9205 Bumblebee Dr. #1E
Des Plaines, IL  60016